UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JACQUELINE C. MELCHER,<br><br>    Appellant,<br><br>    v.<br><br>JOHN C. RICHARDSON, trustee,<br><br>    Appellee. | Case No.  5:15-cv-06134-RMW<br>               5:16-cv-00165-RMW<br><br>**ORDER REGARDING BRIEFING SCHEDULES** |

Appellant Jacqueline C. Melcher requests clarification of the briefing schedule in two bankruptcy appeals. Pursuant to Bankruptcy Local Rule 8010-1, "appellant shall serve and file a brief within 28 days after entry of the appeal on the District Court's docket." The time period for filing briefs begins to run when the record on appeal is placed in the District Court's docket. Fed. R. Bankr. P. 8018. The record on appeal in case number 15-cv-06134 was placed in the district court's docket on March 1, 2016, so appellant's opening brief is due March 29, 2016. The record on appeal has not yet been placed in the docket in case number 16-cv-00165.

**IT IS SO ORDERED.**

Dated: March 4, 2016

*Ronald M. Whyte*
Ronald M. Whyte
United States District Judge

1

Case Nos. 5:15-cv-06134-RMW, 5:16-cv-00165-RMW
ORDER REGARDING BRIEFING SCHEDULES