United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JACQUELINE C. MELCHER,<br><br>          Appellant,<br><br>     v.<br><br>JOHN W. RICHARDSON, Trustee in Bankruptcy<br><br>          Appellee. | Case No.  5:15-cv-06134-RMW<br><br>**NOTICE SETTING DATE FOR ORAL ARGUMENT** |

The court will plan to hear oral argument in this matter on August 19, 2016 at 9:00 a.m. in Courtroom 6 at 280 S. 1st St., San Jose, CA 95113.

**IT IS SO ORDERED.**

Dated: August 8, 2016

_____
Ronald M. Whyte
United States District Judge

1

5:15-cv-06134-RMW
NOTICE SETTING DATE FOR ORAL ARGUMENT
RS